IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ESTELLA SHACKELFORD                                                                                    Plaintiff

vs.                                              2:04-CV-214 JMM

FORREST CITY SCHOOL DISTRICT, ET AL                                             Defendants

ORDER OF DISMISSAL

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction for  30  days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions are denied as being moot.

Dated this  9th  day of November, 2005.

UNITED STATES DISTRICT JUDGE